1  XAVIER BECERRA
   Attorney General of California
2  VINCENT DICARLO
   Supervising Deputy Attorney General
3   JENNIFER S. GREGORY (SBN: 228593)
    Deputy Attorney General
4   E-mail: Jennifer.Gregory@doj.ca.gov
    2329 Gateway Oaks Drive, Suite 200
5   Sacramento, CA 95833-4252
    Telephone: (916) 621-1823
6   Fax: (916) 274-2929

7  *Attorneys for State of California*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA and THE STATE OF TEXAS, ex rel., Teresa Hood,<br><br>Plaintiffs,<br><br>v.<br><br>AMGEN, INC., SYNEOS HEALTH, INC., and UNITED BIOSOURCE CORP.,<br><br>Defendants | 2:18-CV-2981 WBS AC<br><br>**ORDER ON STATE OF CALIFORNIA'S NOTICE OF ELECTION TO DECLINE INTERVENTION** |

The State of California ("California"), having declined to intervene in this action, and pursuant to California's False Claims Act, California Government Code section 12650, et seq., the Court rules as follows.

IT IS HEREBY ORDERED that:

1. The *qui tam* Plaintiff shall serve the Complaint upon the Defendants.

2. The *qui tam* Plaintiff shall serve this Order and the accompanying Notice of Election to Decline Intervention upon the Defendants after service of the Complaint.

3. The parties shall serve all pleadings, motions, and appeals filed in this action, including supporting memoranda, upon California and the State of Texas ("Texas").

4. All orders of this Court shall be sent to California and Texas.

5. California and Texas may order any deposition transcripts, intervene at a later date for good cause shown, or move to dismiss *qui tam* Plaintiff's Complaint or claims.

6. Should the *qui tam* Plaintiff or any Defendant propose that this action be dismissed, settled, or otherwise discontinued, the parties shall provide California and Texas with notice and notify them in sufficient time to afford them an opportunity to be heard before the court grants its approval.

Dated: February 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE