M. Anderson Berry, SBN 262879
Leslie Guillon, SBN 222400
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 777-7777
Facsimile: (916) 924-1829
Email: aberry@justice4you.com

*Attorneys for Plaintiff-Relator*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>AMGEN INC., ET AL.,<br><br>    Defendants. | CASE NO.: 2:18-CV-02981-WBS-AC<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE** |

The Court, having reviewed the Stipulated Motion for Continuance of Scheduling Conference and **GOOD CAUSE APPEARING**,

Upon Plaintiff-Relator Teresa Hood's stipulated motion, it is hereby ordered that the scheduling conference currently set for Monday, May 10, 2021 at 1:30 PM is **CONTINUED** to Tuesday, October 12, 2021, at 1:30 PM. A joint status report shall be filed no later than Tuesday, September 28, 2021.

**IT IS SO ORDERED.**

Dated: April 30, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE