```
 1  ROB BONTA
    Attorney General of California
 2  VINCENT DICARLO
    Supervising Deputy Attorney General
 3   JENNIFER S. GREGORY (SBN: 228593)
     Deputy Attorney General
 4   E-mail: Jennifer.Gregory@doj.ca.gov
     2329 Gateway Oaks Drive, Suite 200
 5   Sacramento, CA 95833-4252
     Telephone: (916) 621-1823
 6   Fax: (916) 274-2929

 7  Attorneys for State of California
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA and THE STATE OF TEXAS, ex rel., Teresa Hood,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMGEN, INC., SYNEOS HEALTH, INC., and UNITED BIOSOURCE CORP.,<br><br>　　　　　Defendants | 2:18-CV-2981 WBS AC<br><br>**STATE OF CALIFORNIA'S NOTICE OF CONSENT TO DISMISSAL** |

　　Relator has indicated to the State of California ("California") that she intends to file a Notice of Voluntary Dismissal of the California False Claims Act allegations in her Complaint. Pursuant to Cal. Gov. Code section 12652, subsection (c)(1), California hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of California, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or to monitor the action based on currently available information.

///

///

The undersigned has also conferred with counsel for the State of Texas ("Texas"), who asked California convey consent to dismiss without prejudice as to the rights of Texas as well.

Dated:  May 21, 2021  Respectfully submitted,

ROB BONTA
Attorney General of California


*/s/ Jennifer S. Gregory*
_____
JENNIFER S. GREGORY
Deputy Attorney General
*Attorneys for Plaintiff State of California*