1  PHILLIP A. TALBERT
   Acting United States Attorney
2  STEVEN S. TENNYSON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2798

5  Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA and THE STATE OF TEXAS, *ex rel.*, Teresa Hood,<br><br>Plaintiffs,<br><br>v.<br><br>AMGEN, INC., SYNEOS HEALTH, INC., and UNITED BIOSOURCE CORP.,<br><br>Defendants. | CASE NO. 2:18-CV-2981 WBS AC<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF COUNTS 1 THROUGH 5** |

The Relator, having filed a Notice of Voluntary Dismissal without Prejudice as to Counts 1 through 5, and Plaintiffs having filed their Notices of Consent to Dismissal, the Court rules as follows:

IT IS ORDERED that Counts 1 through 5 are dismissed without prejudice as to the Relator and as to the United States.

Dated: June 3, 2021

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE