DAVID S. ROSENBLOOM (SBN: 119439)
drosenbloom@mwe.com
**McDERMOTT WILL & EMERY LLP**
444 West Lake Street
Chicago, IL 60606
Telephone: (312) 984-7759
Facsimile: (312) 984-7700

Attorneys for Defendant
AMGEN INC.

M. Anderson Berry (SBN 262879)
Leslie Guillon (SBN 222400)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916)777-7777
Facsimile: (916) 924-1829
aberry@justice4you.com
lguillion@justice4you.com

Katherine T. Mize (*Pro Hac Vice*)
(SBN TX00784617)
**Mize PC**
1111 Rusk Street, Suite 1618
Houston, TX 77002
Telephone: (713) 595-9675
Facsimile: (713) 595-9670
Katherine.mize@mizepc.com

Attorneys for Plaintiff-Relator

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|   |   |
|---|---|
| Teresa Hood,<br><br>           Plaintiff-Relator,<br><br>vs.<br><br>Amgen Inc., et al.<br><br>           Defendants. | CASE NO.  2:18-CV-02981-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER, MOVE, OR RESPOND TO COUNT 6 OF THE COMPLAINT** |

The Court, having reviewed the Joint Stipulation and for good cause appearing therefore, ORDERS AS FOLLOWS:

1. The Stipulation is **HEREBY GRANTED**.

2. Defendant Amgen Inc.'s time to answer, move, or otherwise respond to Count 6 of Plaintiff's Complaint in this action shall be extended to thirty (30) days after the date Plaintiff's Motion to Stay Action Pending Arbitration (Docket No. 38) is denied, if ever. No response will be required by Amgen in the interim.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 15, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE