Aaron T. Goodman (SBN 330791)
aaron.goodman@bakermckenzie.com
BAKER & MCKENZIE LLP
10250 Constellation Blvd., Suite 1850
Los Angeles, California 90067
Telephone: (713) 427-5000
Facsimile: (713) 427-5099

Attorney for Defendant
AMGEN INC.

M. Anderson Berry (SBN 262879)
aberry@justice4you.com
CLAYEO C. ARNOLD, A
PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829

Pro Hac Vice Application Pending:

David B. Joeckel, Jr.
State Bar No. 10669700
dbj@joeckellaw.com
THE JOECKEL LAW OFFICE
219 South Main Street
Suite 301
Fort Worth, Texas 76104
Telephone: (817) 924-8600
Facsimile: (817) 924-8603

Attorneys for Plaintiff
TERESA HOOD

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Teresa Hood, | NO. 2:18-CV-02981-WBS-AC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| Amgen, Inc., et al., | |
| Defendants. | |

1  Pursuant to stipulation, Plaintiff Teresa Hood and Defendant Amgen Inc. have announced that they wish to dismiss the remaining claim asserted in this case against Amgen Inc. with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the remaining cause of action brought by Plaintiff Teresa Hood against Defendant Amgen Inc. in the above-captioned case, Count 6 (Retaliation in Violation of the Federal False Claims Act (31 U.S.C. § 3730(h)) (Against Defendant Amgen), is hereby DISMISSED WITH PREJUDICE.  Each party shall bear their own costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  June 5, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
Case No. 2:18-CV-02981-WBS-AC

**APPROVED AS TO FORM AND SUBSTANCE:**

By: */s/ M. Anderson Berry*
   *(as authorized on 6/2/2023)*
   M. Anderson Berry

Anderson Berry (SBN 262879)
aberry@justice4you.com
CLAYEO C. ARNOLD, A
PROFESSIONAL CORP.
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 239-4778
Facsimile: (916) 924-1829

Pro Hac Vice Application Pending:

David B. Joeckel, Jr.
State Bar No. 10669700
dbj@joeckellaw.com
THE JOECKEL LAW OFFICE
219 South Main Street
Suite 301
Fort Worth, Texas 76104
Telephone: (817) 924-8600
Facsimile: (817) 924-8603

Attorneys for Plaintiff
TERESA HOOD

By: */s/ Aaron T. Goodman*
   Aaron T. Goodman

Aaron T. Goodman (SBN 330791)
aaron.goodman@bakermckenzie.com
BAKER & MCKENZIE LLP
10250 Constellation Blvd.
Suite 1850
Los Angeles, California 90067
Telephone: (713) 427-5000
Facsimile: (713) 427-5099

Attorney for Defendant
AMGEN INC.